# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

WILLIAM J. JONAS, III

*Plaintiff(s)*

v.   Civil Action No. 1-20-cv-100

MARK McLEAN, CEO of Paramount Recovery Systems

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: The magistrate judge's Report and Recommendation is ORDERED ADOPTED. Plaintiff's objections are hereby OVERRULED. The Court further ORDERS that defendant's Motion to Dismiss Complaint be GRANTED and plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. This Court further DIRECTS the Clerk to enter judgment in favor of the defendant and to STRIKE this case from the active docket of this Court.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date:  9/28/2021

*CLERK OF COURT*
Cheryl Dean Riley
D. Kinsey

*Signature of Clerk or Deputy Clerk*